Certificate Number: 05781-TXS-DE-041353619

Bankruptcy Case Number: 26-34699

05781-TXS-DE-041353619

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2026, at 12:45 o'clock PM PDT, Alicia Hunter completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: August 21, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President